IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Civil Action No. 08-126 |

## RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF ETHYPHARM S.A. FRANCE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Ethypharm S.A. France ("Ethypharm"), a nongovernmental corporate party organized and existing under the laws of the Republic of France, states that (1) Financière Verdi is a holding company that holds 100% of the stock of Ethypharm; and (2) there is no publicly held corporation that owns 10% or more of Ethypharm's stock.

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/ Gregory B. Williams
Gregory B. Williams, Esq. (I.D. No. 4195)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 622-4211
Fax: (302) 656-8920
Email: gwilliams@foxrothschild.com

OF COUNSEL:

Dwight P. Bostwick, Esq.
Bruce R. Grace, Esq.
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

Date: March 4, 2008