UNITED STATES DISTRICT COURT

CASE NO.: 08-126

AFFIDAVIT OF SERVICE

**ETHYPHARM S.A. FRANCE**

    Plaintiff/Petitioner,

vs.

**ABBOTT LABORATORIES**

    Defendant/Respondent.
_____/

Received by **D.M. Professional Services, Inc.** on **03/06/2008** at **10:39 AM** to be served upon:

**ABBOTT LABORATORIES**

DELAWARE
NEW CASTLE, KENT, SUSSEX    ss.

I, **ROBERT DELACY, JR.**, depose and say that:

On **03/06/2008** at **05:15 PM**, I served the within **SUMMONS AND COMPLAINT** on **ABBOTT LABORATORIES** at **C/O DELAWARE SECRETARY OF STATE 401 FEDERAL ST, Dover, DE 19901** in the manner indicated below:

Served the within SUMMONS AND COMPLAINT on 03/06/2008 Personally upon Harriet Windsor, Secretary Of State of the state of Delaware by leaving her a true and correct copy of said SUMMONS AND COMPLAINT for defendant, ABBOTT LABORATORIES, together with the sum of $2.00 as prescribed by section 3104 of title 10 of the Delaware code of 1978.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ____6____ day of ____March____, 20_08_.

Sworn to and subscribed before me on this ____ day of _____, 20__ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

X_____
ROBERT DELACY, JR.
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **FOX, ROTHSCHILD, OBRIEN &FRANKEL, L.L.P.**
Atty File#:  - Our File# **25255**