IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-126 |
| | ) |
| ABBOTT LABORATORIES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bruce R. Grace, Esquire of Baach Robinson & Lewis PLLC, 1201 F. Street, N.W., Suite 500, Washington, D.C. 20004, to represent Plaintiff, Ethypharm S.A. France, as co-counsel in this action.

FOX ROTHSCHILD LLP

By: /s/ Gregory B. Williams
Gregory B. Williams, Esquire (#4195)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801-2323
Phone: (302) 622-411
Fax: (302) 656-8920
E-mail: gwilliams@foxrothschild.com

Attorney for Plaintiff
Ethypharm S.A. France

Dated: March 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-126 |
| | ) |
| ABBOTT LABORATORIES, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION

AND NOW, this _____ day of March, 2008, it is hereby ORDERED that the motion for admission *pro hac vice* of Bruce R. Grace, Esquire is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) I am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York; (3) pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: March 17, 2008

Bruce R. Grace, Esquire
Baach Robinson & Lewis PLLC
1201 F Street, N.W.
Suite 500
Washington, D.C. 20004
Phone: (202) 659-6742
Fax: (202) 466-5738
E-mail: bruce.grace@baachrobinson.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 17th day of March, 2008, via U.S. Mail, postage pre-paid, upon the following:

>Laura J. Schumacher
>Abbott Laboratories
>100 Abbott Park Road
>Abbott Park, Illinois 60064

>/s/ Gregory B. Williams
>Gregory B. Williams, Esquire (#4195)