IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>           Plaintiff,<br><br>         v.<br><br>ABBOTT LABORATORIES,<br><br>           Defendant. | )<br>)<br>)<br>)   Civil Action No. 08-126<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE  :
                              : SS.
NEW CASTLE COUNTY :

BE IT REMEMBERED that, on this 19th day of March, 2008, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, GREGORY B. WILLIAMS, ESQUIRE, and who, after being duly sworn by me, according to law, did depose and state:

1.    He is co-counsel for Plaintiff Ethypharm S.A. France ("Ethypharm") in the above-captioned action and makes this Affidavit for purposes of the aforesaid action;

2.    On March 7, 2008, he caused the notice required by 10 Del. C. § 3104(d) to be sent by registered mail, return receipt requested, to Defendant Abbott Laboratories, 100 Abbott Park Road, Abbott Park, Illinois 60064, via both its registered agent and General Counsel's Office.

3.    On March 18, 2008, he received back the executed registered mail return receipts from the notice packages mailed to Abbott Laboratories on March 7, 2008 and received by Abbott Laboratories on March 13, 2008, copies of which are attached hereto as Exhibits A and B.

_____
Gregory B. Williams, Esq. (I.D. No. 4195)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 622-4211
Fax: (302) 656-8920
Email: gwilliams@foxrothschild.com

SWORN TO AND SUBSCRIBED
Before me on the aforesaid date

_____
Notary Public
Commission Expires:   N/A

J. Breck Smith, Esquire
Delaware admitted attorney

# Exhibit A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. Hamlet ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C HAMLT C. Date of Delivery 3-13-08 |
| 1. Article Addressed to:<br><br>Abbott Laboratories<br>Attn: Laura J. Schumacher,<br>       Registered Agent<br>100 Abbott Park Road<br>Abbott Park, IL  60064 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  RA 122 385 889 US | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

UNITED STATES POSTAL SERVICE



Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gregory B. Williams, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

# Exhibit B



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Abbott Laboratories
   Attn: General Counsel's Office
   100 Abbott Park Road
   Abbott Park, IL  60064

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X C. [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): CHAMLET
C. Date of Delivery: 3-13-08
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 122 385 892 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gregory B. Williams, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323