IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-126 (SLR) |
| | ) |
| ABBOTT LABORATORIES, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION AND ORDER
OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff and Defendant, by and through their undersigned counsel, hereby agree and stipulate to an extension of time until May 6, 2008 for Defendant to answer or otherwise respond to the Complaint in this action. Counsel for Defendant is searching for local counsel and expects to retain local counsel in this matter in the near future.

Respectfully submitted,

FOX ROTHSCHILD LLP

By:  /s/ Gregory B. Williams
Gregory B. Williams (I.D. No. 4195)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
(302) 622-4211
(302) 656-8920 (fax)
gwilliams@foxrothschild.com

OF COUNSEL:

Dwight P. Bostwick
Bruce R. Grace
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500

PATTERSON BELKNAP WEBB
& TYLER LLP

By:  /s/ Thomas W. Pippert
Thomas W. Pippert
William F. Cavanaugh, Jr.
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2555
(212) 336-2222 (fax)
twpippert@pbwt.com
wfcavanaugh@pbwt.com

Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

Attorneys for Plaintiff                                        Attorneys for Defendant

Date: March 25, 2008

GRANTED and so ORDERED this _____ day of March 2008.

_____
                                                                                          J.