IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHYPHARM S.A. FRANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-126 (SLR) |
| | ) | |
| | ) | |
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION AND ORDER
OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff and Defendant, by and through their undersigned counsel and subject to the approval of the Court, hereby agree and stipulate to an extension of time until May 13, 2008, for Defendant to answer or otherwise respond to the Complaint in this action. Counsel for Defendant has just retained local counsel in the past few business days.

Respectfully submitted,

| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER |
|---|---|
| By: /s/ Gregory B. Williams<br>Gregory B. Williams (I.D. No. 4195)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899<br>(302) 622-4211<br>(302) 656-8920 (fax)<br>gwilliams@foxrothschild.com | By: /s/ David J. Margules<br>David J. Margules<br>(I.D. No. 2254).<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>(302) 573-3500<br>(302) 573-3501 (fax)<br>dmargules@bmf-law.com |

OF COUNSEL:

    Dwight P. Bostwick                          Thomas W. Pippert
    Bruce R. Grace                              William F. Cavanaugh, Jr.
    BAACH ROBINSON & LEWIS PLLC      PATTERSON BELKNAP WEBB
    1201 F Street, NW, Suite 500              & TYLER
    Washington, DC 20004                    1133 Avenue of the Americas
    Tel: (202) 833-8900                        New York, NY 10036
    Fax: (202) 466-5738                      Tel: (212) 336-2555
                                                   Fax: (212)336:2222
    Attorneys for Plaintiff
                                                   Attorneys for Defendant

Date: May __, 2008

GRANTED and so ORDERED this _____ day of May 2008.

                                                         _____
                                                         Judge Sue L. Robinson