IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>    Plaintiff,<br><br> v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | C. A. 08-126 (SLR)<br><br>Hon. Sue L. Robinson, U.S.D.J. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 13, 2008, Abbott Laboratories filed and served its Motion to Dismiss on the following counsel of record through CM/ECF and electronic mail:

    Gregory B. Williams
    Fox Rothschild LLP
    919 North Market Street
    Suite 1300
    Wilmington, Delaware 19801
    (302) 654-7444


    BOUCHARD MARGULES & FRIEDLANDER, P.A.

    */s/ David J. Margules*

    _____
    David J. Margules (#2254)
    222 Delaware Avenue
    Wilmington, DE 19801
    (302) 573-3500
    dmargules@bmf-law.com

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Benjamin S. Litman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

*Attorneys for Defendant Abbott Laboratories*

Dated:  May 13, 2008