IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　　Defendant. | C. A. 08-126 (SLR)<br><br>Hon. Sue L. Robinson, U.S.D.J. |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that all claims against Abbott Laboratories alleged in the Complaint (D.I. # 1) are dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Date: _____                     _____
                                          Judge Sue L. Robinson