IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>          *Plaintiff,*<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>          *Defendant.* | **HIGHLY CONFIDENTIAL-**<br>**FILED UNDER SEAL**<br>**PURSUANT TO COURT ORDER**<br><br>C. A. 08-126 (SLR) |

YOU ARE IN POSSESSION OF A DOCUMENT FILED IN THE COURT OF
CHANCERY OF DELAWARE THAT IS CONFIDENTIAL AND FILED UNDER SEAL

**ABBOTT LABORATORIES' OPENING BRIEF
IN SUPPORT OF ITS MOTION
TO DISMISS**

If you are not authorized by Court Order to view or retrieve this document, read no further than this page. You should immediately contact the following person(s):

BOUCHARD MARGULES & FRIEDLANDER, P.A.

David J. Margules (No. 2254)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: 302-573-3500

OF COUNSEL:

Thomas W. Pippert
William F. Cavanaugh, Jr.
Benjamin Litman
PATTERSON BELKNAP WEBB & TYLER
1133 Avenue of the Americas
New York, NY 10036
Telephone: 212-336-2555

*Attorneys for Defendant*

This Document Is Confidential and Filed Under Seal.
Review and Access to this Document is Prohibited Except by Prior Court Order.