## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ETHYPHARM S.A. FRANCE,

        *Plaintiff,*

    vs.

ABBOTT LABORATORIES,

        *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)

**HIGHLY CONFIDENTIAL-
FILED UNDER SEAL
PURSUANT TO COURT ORDER**

C. A. 08-126 (SLR)

YOU ARE IN POSSESSION OF A DOCUMENT FILED IN THE COURT OF
CHANCERY OF DELAWARE THAT IS CONFIDENTIAL AND FILED UNDER SEAL

# EXHIBIT G TO DECLARATION OF
# SEAN M. BRENNECKE, ESQ.

If you are not authorized by Court Order to view or retrieve this document, read no further
than this page.  You should immediately contact the following person(s):

BOUCHARD MARGULES & FRIEDLANDER, P.A.

David J. Margules (No. 2254)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware  19801
Telephone:  302-573-3500

OF COUNSEL:

Thomas W. Pippert
William F. Cavanaugh, Jr.
Benjamin Litman
PATTERSON BELKNAP WEBB & TYLER
1133 Avenue of the Americas
New York, NY  10036
Telephone:  212-336-2555

*Attorneys for Defendant*

**This Document Is Confidential and Filed Under Seal.**
**Review and Access to this Document is Prohibited Except by Prior Court Order.**