IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-126 (SLR) |
| | ) |
| ABBOTT LABORATORIES, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION AND ORDER OF EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff and Defendant, by and through their undersigned counsel, hereby agree and stipulate to an extension of time until July 2, 2008 for Plaintiff to file a responsive brief, an amended complaint, or otherwise respond to Defendant's motion to dismiss in this action.

Respectfully submitted,

| | |
|---|---|
| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| | |
| By: /s/ Gregory B. Williams<br>Gregory B. Williams (I.D. No. 4195)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19899<br>(302) 622-4211<br>(302) 656-8920 (fax)<br>gwilliams@foxrothschild.com | By: /s/ David J. Margules<br>David J. Margules (I.D. No. 2254)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 573-3500 |
| | |
| OF COUNSEL:<br>Dwight P. Bostwick<br>Bruce R. Grace<br>BAACH ROBINSON & LEWIS PLLC<br>1201 F Street, NW, Suite 500<br>Washington, DC 20004<br>Tel: (202) 833-8900<br>Fax: (202) 466-5738 | OF COUNSEL:<br>Thomas W. Pippert<br>William F. Cavanaugh, Jr.<br>Benjamin Litman<br>PATTERSON BELKNAP WEBB & TYLER<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 336-2555 |
| Attorneys for Plaintiff | Attorneys for Defendant |

Date: May 29, 2008

GRANTED and so ORDERED this _____ day of _____ 2008.

_____
                                                                          J.