IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>　　　　　　　　　　*Plaintiff,*<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　　　　　*Defendant.* | )<br>)<br>)<br>)　C. A. 08-126 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION**
**PRO HAC VICE OF THOMAS W. PIPPERT AND BENJAMIN S. LITMAN**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Thomas W. Pippert and Benjamin S. Litman of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036, to represent defendant Abbott Laboratories in this matter. Payment in the amount of $50.00 has been submitted to the Clerk's office upon the filing of this motion.

　　　　　　　　　　　　　　　　　　　BOUCHARD MARGULES & FRIEDLANDER, P.A.

　　　　　　　　　　　　　　　　　　　/s/ Sean M. Brennecke
　　　　　　　　　　　　　　　　　　　David J. Margules (2254)
　　　　　　　　　　　　　　　　　　　Sean M. Brennecke (4686)
　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
OF COUNSEL:　　　　　　　　　　　　Telephone: 302.573.3500
　　　　　　　　　　　　　　　　　　　dmargules@bmf-law.com
William F. Cavanaugh, Jr.　　　　　　　sbrennecke@bmf-law.com
Thomas W. Pippert
Benjamin S. Litman
PATTERSON BELKNAP WEBB &　　　*Attorneys for Defendant Abbott Laboratories*
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

DATED: June 19, 2008

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* of Thomas W. Pippert and Benjamin S. Litman is granted.

_____
United States District Judge

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to local rule 83.5, I, Thomas W. Pippert, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 18, 2008

Thomas W. Pippert
PATTERSON BELKNAP
WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Benjamin S. Litman, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 19, 2008

Benjamin S. Litman
PATTERSON BELKNAP
WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000