IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>     Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>     Defendant. | Civil Action No. 08-126 (SLR)<br><br>**JURY TRIAL DEMANDED** |

**AMENDED COMPLAINT**

**HIGHLY CONFIDENTIAL[1] – FILED UNDER SEAL
PURSUANT TO COURT ORDER**

OF COUNSEL:

FOX ROTHSCHILD LLP
Gregory B. Williams, Esq. (I.D. No. 4195)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 622-4211

Dwight P. Bostwick, Esq.
Bruce R. Grace, Esq.
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900

Attorneys for Ethypharm S.A. France

Dated: July 2, 2008

# ORIGINAL

---

[1] This filing is designated as "Highly Confidential" under the Protective Order Governing Confidential Information because it contains information filed by defendant under the designation "Highly Confidential." Ethypharm reserves all rights to challenge defendant's designation.

## CERTIFICATE OF SERVICE

I, Gregory B. Williams, hereby certify that on this date a copy of the cover page of the Amended Complaint filed pursuant to Protective Order was served upon counsel of record, via CM/ECF. I also certify that on this date the unredacted version of the Amended Complaint was served upon counsel of record, via United States Mail, as follows:

David J. Margules, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

Thomas W. Pippert, Esquire
William F. Cavanaugh, Jr., Esquire
Benjamin Litman, Esquire
PATTERSON BELKNAP WEBB &
TYLER
1133 Avenue of the Americas
New York, NY 10036

/s/ Gregory B. Williams
GREGORY B. WILLIAMS

Date: July 2, 2008