IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE,<br><br>     *Plaintiff,*<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>     *Defendant.* | )<br>)<br>)<br>)   C. A. 08-126 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION**
**PRO HAC VICE OF WILLIAM F. CAVANAUGH, JR.**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William F. Cavanaugh, Jr., of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036, to represent defendant Abbott Laboratories in this matter. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

               BOUCHARD MARGULES & FRIEDLANDER, P.A.

               /s/ Sean M. Brennecke
               David J. Margules (2254)
               Sean M. Brennecke (4686)
               222 Delaware Avenue, Suite 1400
               Wilmington, DE 19801
               Telephone: 302.573.3500
OF COUNSEL:          dmargules@bmf-law.com
               sbrennecke@bmf-law.com
William F. Cavanaugh, Jr.
Thomas W. Pippert
Benjamin S. Litman         *Attorneys for Defendant Abbott Laboratories*
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

DATED: July 8, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* of William J. Cavanaugh, Jr., is granted.

_____<br>United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, William F. Cavanaugh, Jr., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 2, 2008

William F. Cavanaugh, Jr.
PATTERSON BELKNAP
WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000