IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, ) <br> ) <br>               *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES, ) <br> ) <br>               *Defendant.* ) | C. A. 08-126 (SLR) |

**JOINT STIPULATION AND ORDER
OF EXTENSION OF TIME FOR DEFENDANT
TO RESPOND TO AMENDED COMPLAINT**

Plaintiff and Defendant, by and through their undersigned counsel and subject to the approval of the Court, hereby agree and stipulate to an extension of time to and including August 5, 2008, for Defendant to answer or otherwise respond to the Amended Complaint in this action.

Respectfully submitted,

| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| By: /s/ Gregory B. Williams <br> Gregory B. Williams (I.D. No. 4195) <br> Citizens Bank Center <br> 919 N. Market Street, Suite 1300 <br> P.O. Box 2323 <br> Wilmington, DE 19899 <br> (302) 622-4211 <br> (302) 656-8920 (fax) <br> gwilliams@foxrothschild.com | By: /s/ Sean M. Brennecke <br> David J. Margules (I.D. No. 2254) <br> Sean M. Brennecke (I.D. No. 4686). <br> 222 Delaware Avenue <br> Wilmington, DE 19801 <br> (302) 573-3500 <br> (302) 573-3501 (fax) <br> dmargules@bmf-law.com <br> sbrennecke@bmf-law.com |

OF COUNSEL:

Dwight P. Bostwick
Bruce R. Grace
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

*Attorneys for Plaintiff*

William F. Cavanaugh, Jr.
Thomas W. Pippert
Benjamin S. Litman
PATTERSON BELKNAP WEBB
 & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2555
Fax: (212) 336-2222

*Attorneys for Defendant*

Date: July __, 2008

GRANTED and so ORDERED this _____ day of July 2008.

_____
Judge Sue L. Robinson

{BMF-W0100641.}