IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 08-126 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION TO DISMISS ALL CLAIMS OF THE AMENDED COMPLAINT

Defendant Abbott Laboratories hereby moves to dismiss all claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in Abbott Laboratories' Opening Brief in Support of its Motion to Dismiss which is being filed herewith.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ David J. Margules
David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Avenue
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

{BMF-W0103039.}
1485161v.2

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Benjamin S. Litman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

*Attorneys for Defendant Abbott Laboratories*

Dated:  August 5, 2008

{BMF-W0103039.}
1485161v.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 08-126 (SLR) |
| | ) |
| v. | ) |
| | ) |
| ABBOTT LABORATORIES, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that all claims against Abbott Laboratories alleged in the Amended Complaint (D.I. #26) are dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Date: _____                    _____
                                         Judge Sue L. Robinson

{BMF-W0103498.}
1485161v.2