IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETHYPHARM S.A. FRANCE,  )
                       )
           Plaintiff,  )   C.A. No. 08-126 (SLR)
                       )
    v.                 )   **HIGHLY CONFIDENTIAL –**
                       )   **FILED UNDER SEAL**
ABBOTT LABORATORIES,   )   **PURSUANT TO COURT ORDER**
                       )
           Defendant.  )
                       )

## ABBOTT LABORATORIES'
## OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

BOUCHARD MARGULES &
 FRIEDLANDER, P.A.
David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Avenue
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Benjamin S. Litman
PATTERSON BELKNAP WEBB &
 TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for Abbott Laboratories

Dated: August 5, 2008

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL. REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.