IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-126 (SLR) |
| ) | |
| ABBOTT LABORATORIES, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION AND ORDER OF EXTENSION OF TIME
FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff and Defendant, by and through their undersigned counsel, hereby agree and stipulate to an extension of time until September 19, 2008 for Plaintiff to file a responsive brief or otherwise respond to Defendant's motion to dismiss the amended complaint in this action.

Respectfully submitted,

FOX ROTHSCHILD LLP                         BOUCHARD MARGULES &
                                            FRIEDLANDER, P.A.

By:  /s/ Gregory B. Williams               By:  /s/ David J. Margules
     Gregory B. Williams (I.D. No. 4195)        David J. Margules (I.D. No. 2254)
     Citizens Bank Center                       222 Delaware Avenue, Suite 1400
     919 N. Market Street, Suite 1300           Wilmington, Delaware 19801
     Wilmington, DE 19899                       (302) 573-3500
     (302) 622-4211
     (302) 656-8920 (fax)

PH1 2181044v1 08/14/08

<table>
<tr><td>

OF COUNSEL:
Dwight P. Bostwick
Bruce R. Grace
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

Attorneys for Plaintiff

</td><td>

OF COUNSEL:
Thomas W. Pippert
William F. Cavanaugh, Jr.
Benjamin Litman
PATTERSON BELKNAP WEBB &
 TYLER
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2555
Attorneys for Defendant

</td></tr>
</table>

Date: August 14, 2008

GRANTED and so ORDERED this _____ day of _____ 2008.

_____
                                                              J.